|   |   |
|---|---|
| 1 | BENJAMIN B. WAGNER |
|   | United States Attorney |
| 2 | DONNA L. CALVERT |
| 3 | Regional Chief Counsel, Region IX |
|   | Social Security Administration |
| 4 | THEOPHOUS H. REAGANS, CSBN 189450 |
| 5 | Special Assistant United States Attorney |

 160 Spear Street, Ste. 800
 San Francisco, CA 94105
 Telephone: (415) 977-8938
 Facsimile: (415) 744-0134
 Email: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHELLE HODGE, | ) No. 1:14-CV-584-SMS |
|---|---|
|  | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO |
|  | ) EXTEND BRIEFING SCHEDULE |
| v. | ) |
|  | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
|  | ) |
| Defendant. | ) |

The parties stipulate and agree, subject to the Court's approval, that the time for Defendant to serve her response to Plaintiff's confidential letter is extended from November 14, 2014 to December 14, 2014. All other dates in the Court's Scheduling Order are extended accordingly. This is Defendant's first request for an extension.

-1-

Defendant requests this extension in good faith, with no intent to prolong proceedings unduly. Defendant apologizes for any inconvenience caused by this delay.

Dated: DECEMBER 18, 2015              */s/  Kelsey Brown*
                                                    (email authorization)
                                                    KELSEY BROWN
                                                    Attorney for Plaintiff

Dated: DECEMBER 18, 2015              BENJAMIN B. WAGNER
                                                    United States Attorney
                                                    THEOPHOUS H. REAGANS

                                      By:     */s/ Theophous H. Reagans*
                                                    THEOPHOUS H. REAGANS
                                                    Special Assistant United States Attorney
                                                    Attorneys for Defendant

**ORDER**

     APPROVED AND SO ORDERED.

DATED: 12/18/2014              /s/ SANDRA M. SNYDER
                                       UNITED STATES MAGISTRATE JUDGE