KELSEY BROWN, CA #263109
Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383

Phone: (360) 329-6968
Fax: (360) 329-6968
Email: Dellert.Law.Office@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRENSO DIVISION

| MICHELLE HODGE, <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY <br><br> Defendant. | Case # 1:14-CV-00584-SMS <br><br> STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME |
|---|---|

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a first 30-day extension of time to file Plaintiff's Opening Brief.

Counsel for the Plaintiff has fallen ill. As a result, counsel for Plaintiff requires additional time to draft the Opening Brief. Plaintiff requests an 30 day extension of time to February 10, 2015.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Page 1   MOTION
         [1:14-CV-0548-SMS]

Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383
(360) 329-6968

| | |
|---|---|
| Dated January 12, 2015: | /s/ Kelsey M Brown |
| | KELSEY MACKENZIE BROWN CA #263109 |
| | Dellert Baird Law Offices, PLLC |
| | PO Box 3757 |
| | Silverdale, WA 98383 |
| | (360) 329-6968 |
| | Attorney for Plaintiff |

| | |
|---|---|
| Dated January 12, 2015: | s/ KELSEY M. BROWN for Theophous Reagans |
| | THEOPHOUS REAGANS |
| | (per e-mail authorization) |
| | Special Assistant U.S. Attorney |
| | Office of the General Counsel |
| | |
| | Of Attorneys for Defendant |

## ORDER

The Court adopts the parties' stipulation as outlined above. Plaintiff's opening brief is now due on February 10, 2015. The Court's Scheduling Order (Doc. 6) is modified accordingly.

DATED: 1/15/2014          /s/ SANDRA M. SNYDER
                         UNITED STATES MAGISTRATE JUDGE

Page 2    MOTION
         [1:14-CV-0548-SMS]

Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383
(360) 329-6968