BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney

    160 Spear Street, Ste. 800
    San Francisco, CA 94105
    Telephone: (415) 977-8938
    Facsimile: (415) 744-0134
    Email: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE HODGE, | ) No. 1:14-CV-584-SMS |
| | ) |
| Plaintiff, | ) STIPULATION TO EXTEND |
| | ) BRIEFING SCHEDULE; |
| v. | ) ORDER THEREON |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

    The parties stipulate and agree, subject to the Court's approval, that the time for Defendant to serve her response to Plaintiff's Motion for Summary Judgment is extended from March 10, 2015 to April 20, 2014.  All other dates in the Court's Scheduling Order are extended accordingly.  Defendant needs the extension because of counsel's heavy

caseload and press of work.  Counsel had seven district court briefs and five district court responses and/or answers due this month, in addition to handling numerous Bankruptcy Court cases.  Defendant's response was originally due on March 10, 2015.  Because of counsel's busy schedule, counsel was unable to complete a defensibility review and draft a timely response.  Defendant apologizes for any inconvenience caused by this delay and asks the Court to grant the extension request.  Defendant requests this extension in good faith, with no intent to prolong proceedings unduly.  Plaintiff's counsel has agreed to stipulate to the extension.

Dated: MARCH 20, 2015         */s/  Kelsey Brown*
                              (email authorization)
                              KELSEY BROWN
                              Attorney for Plaintiff

Dated: MARCH 18, 2015         BENJAMIN B. WAGNER
                                  United States Attorney
                                  THEOPHOUS H. REAGANS

                              By:    */s/ Theophous H. Reagans*
                                     THEOPHOUS H. REAGANS
                                     Special Assistant United States Attorney
                                     Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.


DATED: 3/23/2015              /s/ SANDRA M. SNYDER
                              UNITED STATES MAGISTRATE JUDGE